Douglas P. HAND; Pak Trak Industries, Inc.; Scott–Douglas Industries, Inc., Plaintiffs–Appellants,

v.

Carl M. PEDERSON; Roger McPeak; Betty McPeak, Defendants–Appellees.

No. 99–36140.

D.C. No. CV–98–9–JKS.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 10, 2001.*

Decided Aug. 31, 2001.

Before SCHROEDER, T.G. NELSON, and SILVERMAN, Circuit Judges.

### MEMORANDUM **

The court has reviewed appellants' briefs and has determined that no factual or legal basis for reversing the district court has been shown. Accordingly, the judgment appealed from is AFFIRMED.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.